Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

Case No.: 24–31161
Chapter: 7
Judge: Christopher M. Lopez

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Elizabeth Lynne Nobles
17310 Heritage Cir
Webster, TX 77598

Social Security / Individual Taxpayer ID No.:
xxx–xx–1537

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The UST has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 707(b). (Whitworth, Jana)

Dated: 6/25/24

United States Trustee